## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ | ) |
| ANDREA WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      Civil Action No. 23-1426 (ABJ) |
| | ) |
| THOMAS J. VILSACK | ) |
| *Secretary of Agriculture*, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### ORDER OF DISMISSAL

On August 4, 2023, defendant filed a Partial Motion to Dismiss plaintiff's complaint. [Dkt. # 19].  On August 7, 2023, the Court advised plaintiff, pursuant to *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), that "under the Federal Rules of Civil Procedure and the local civil rules of this Court, the Court may grant the motion and dismiss some of the claims against the Agency if plaintiff fails to respond," Order [Dkt. # 20], and set a response deadline of September 7, 2023.  When plaintiff failed to oppose the motion by September 7, the Court afforded plaintiff another opportunity, ordering her to show cause "why the partial motion to dismiss should not be granted and why the case should not be dismissed for want of prosecution in its entirety by October 30, 2023."  Order to Show Cause [Dkt. # 23].  As of today's date, plaintiff has failed to respond.

Given plaintiff's serial failures to attend to her case, it is hereby

**ORDERED** that the above-captioned matter is **DISMISSED** in its entirety for want of prosecution.

**SO ORDERED**

AMY BERMAN JACKSON
United States District Judge

DATE: November 17, 2023